UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF JUDICIAL REMOVAL |
| - against - | |
| IBRAHIM ALHUSSAYEN | 22-CR-471 (EK) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States of America, by Sara K. Winik, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of IBRAHIM ALHUSSAYEN ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Saudi Arabia and a citizen of Saudi Arabia.

3. The defendant was admitted to the United States as a nonimmigrant student pursuant to a F-1 visa at or near Washington Dulles International Airport, Dulles, Virginia, on or about August 31, 2020.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, pursuant to a Count One of the Information, charging the defendant with violation of 18 U.S.C. §§ 1001(a)(1) and 1001(a)(2) (concealing material facts and making false statements).

5. The maximum term of imprisonment for violation of Title 18 United States Code, Sections 1001(a)(1) and 1001(a)(2) is a term of five years imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: (1) Section 237(a)(2)(A)(i) of the Act, as amended, 8 U.S.C. § 1227(a)(2)(A)(i), in that he has been convicted of a crime involving moral turpitude committed within five years after admission for which a sentence of one year or longer may be imposed.

7. The defendant has waived his right to notice and a hearing under Section 238[d](c) of the INA, 8 U.S.C. § 1228[d](c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Saudi Arabia as the destination for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238[(d)](c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228[(d)](c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Saudi Arabia.

Dated: Brooklyn, New York
Nov. 30, 2022

s/Eric Komitee
_____
THE HONORABLE ERIC R. KOMITEE
UNITED STATES DISTRICT JUDGE